| | |
|---|---|
| 1 | Jason C. Wright (State Bar No. 261471) |
| 2 | jcwright@JonesDay.com |
|   | JONES DAY |
| 3 | 555 South Flower Street |
|   | Fiftieth Floor |
| 4 | Los Angeles, CA  90071.2300 |
|   | Telephone:  +1.213.489.3939 |
| 5 | Facsimile:   +1.213.243.2539 |
| 6 | Attorneys for Defendant |
|   | EXPERIAN INFORMATION SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANI MOHAMMADI, | Case No. 2:11-cv-10222-CAS-VBK |
| Plaintiff, | Assigned to the Honorable Christina A. Snyder |
| v. | ORDER ON JOINT STIPULATION TO DISMISS ALL CAUSES OF ACTION |
| EXPERIAN INFORMATION SOLUTIONS, INC., An Ohio corporation, | |
| Defendant. | |

LAI-3177271v1

ORDER RE: STIPULATION TO DISMISS
ALL CAUSES OF ACTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

The parties having submitted a Joint Stipulation to dismiss this action per Federal Rule of Civil Procedure, Rule 41, the Court orders the case dismissed.

October  17, 2012

*/s/ Christina A. Snyder*

Honorable Christina A. Snyder